CAIN & HERREN, ALC

| | |
|---|---|
| David W. Cain | #6679 |
| Michael J. Collins | #9087 |
| Elizabeth S. Cuccia | #9696 |

2141 W. Vineyard Street
Wailuku, Hawai'i 96793
Tel:   (808) 242-9350
Fax:   (808) 242-6139

Email: david@cainandherren.com
       michael@cainandherren.com
       elizabeth@cainandherren.com

*Attorneys for Defendant Kimberly L. Burger*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 30 2012

at____o'clock and ____min. ___M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY L. BURGER; THE ASSOCIATION OF APARTMENT OWNERS OF PACIFIC SHORES; and DOES 1 through 20, inclusive,<br><br>Defendants. | CIVIL NO. CV12 00585 JMS KSC<br>(Foreclosure)<br><br>DEFENDANT KIMBERLY L. BURGER'S NOTICE OF REMOVAL; EXHIBIT A; CERTIFICATE OF SERVICE |

## DEFENDANT KIMBERLY L. BURGER'S NOTICE OF REMOVAL

TO:   THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAI'I

Defendant KIMBERLY L. BURGER hereby notifies the above-entitled Court of

removal of the State Court action, Civil No. 12-1-0639(1) from the Circuit Court of the

Notice of Removal
Wells Fargo v. Burger, et al.
Civil No. 12-1-0639(1)

Page 1 of 5

Second Circuit, State of Hawai'i, to the United States District Court for the District of Hawai'i, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, based on the following facts.

1.      On June 27, 2012, Plaintiff WELLS FARGO BANK, N.A., filed a Complaint in Civil No. 12-1-0639(1) in the Circuit Court of the Second Circuit, State of Hawai'i, against Defendant, alleging claims for foreclosure and money damages.

2.      In the Complaint filed in Civil No. 12-1-0639(1), Plaintiff alleges that Defendant failed to make mortgage payments pursuant to a Note and Mortgage.

3.      WELLS FARGO BANK, N.A., is a banking association with a principal place of business in the State of South Dakota.

4.      Defendant KIMBERLY L. BURGER is a citizen of the State of Arizona.

5.      Based on information and belief, and the demand in the Complaint, the amount in controversy exclusive of interest and costs, exceeds $75,000.00.

5.      There is original jurisdiction in the United States District Court for the District of Hawai'i under 28 U.S.C. § 1332 (diversity of citizenship).

6.      This notice is made pursuant to 28 U.S.C. §§ 1441 and 1446.

7.      Defendant does not waive any defenses to the Complaint, including, but not limited to lack of service, improper service or lack of personal jurisdiction and/or venue.

8.      A true and correct copy of the Complaint filed by Plaintiff is in the Circuit Court of the Second Circuit, State of Hawai'i, is appended hereto as Exhibit "A."

Notice of Removal
Wells Fargo v. Burger, et al.
Civil No. 12-1-0639(1)

Page 2 of 5

WHEREFORE, Defendant KIMBERLY L. BURGER hereby notifies the above-entitled action of removal from the Circuit Court of the Second Circuit, State of Hawai'i, to the United States District Court for the District of Hawai'i.

DATED:       Wailuku, Maui, Hawaii, **October 29, 2012**.

CAIN & HERREN, ALC


_____
David W. Cain, Esq.
*Attorneys for Defendant*
*Kimberly L. Burger*

Notice of Removal
Wells Fargo v. Burger, et al.
Civil No. 12-1-0639(1)